IAMELE & IAMELE
LLP

*Attorneys at Law*

*Domenic R Iamele (MD)*
driamele@iamelelaw.com

*Anton L Iamele (MD, DC, & CO)*
aiamele@iamelelaw.com

*Alyssa Abramat Lamardo (MD)*
aabramat@iamelelaw.com

July 29, 2026

The Honorable Matthew J. Maddox
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

**Re:** ***Diggs v. Dupree***
**Civil Case No.: 1:23-cv-03537-MJM**

Dear Judge Maddox:

Pursuant to a Paperless Order issued on June 24, 2026, a joint status report was due on or about July 24, 2026. Anton L. Iamele, attorney for Plaintiff Tyrone Diggs, is in the midst of a multi-day trial before the Circuit Court for Prince George's County in a matter styled *Angela Ayers v. Carly Rosenfeld, et al.*, Case Number C-6-CV-23-005748. The trial is currently scheduled to conclude on or about August 4, 2026. Anton Iamele will file a more comprehensive status report upon completion of the Prince George's County Trial.

Anton Iamele has requested that I file the instant status report to advise Your Honor that he and opposing counsel have had ongoing settlement discussions since the Settlement Conference.

Please let me know if you need any further information from my office.

Respectfully,

Alyssa Abramat Lamardo

AAL

201 N Charles Street, Suite 1802, Baltimore, MD 21201-4111
P 410-779-6160 | F 410-779-6161
iamelelawfirmbaltimore.com